# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## DOCKETING STATEMENT

Case Name:   Randall Hatlee and Ronald Swift v. Ashleigh Olds

Appeal No. (if available) : 16-1065

Court/Agency Appeal From: U. S. District Court of Coloado

Court/Agency Docket No.: 1:13-CV-02469-RM-MJW District Judge: Raymond Moore

Party or Parties filing Notice of Appeal: Randall Hatlee and Ronald Swift

I. **TIMELINESS OF APPEAL OR PETITION FOR REVIEW**

   A. **APPEAL FROM DISTRICT COURT**

   1. Date notice of appeal filed:  February 24, 2016

      a. Was a motion filed for an extension of time to file the notice of appeal?  If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal:     NO.

      b. Is the United States or an officer or an agency of the United States a party to this appeal?     NO.

   2. Authority fixing time limit for filing notice of appeal:

   Fed. R. App. 4 (a)(1)(A) __X__     Fed. R. App. 4(a)(6) ____
   Fed. R. App. 4 (a)(1)(B) ____      Fed. R. App. 4(b)(1) ____
   Fed. R. App. 4 (a)(2)    ____      Fed. R. App. 4(b)(3) ____
   Fed. R. App. 4 (a)(3)    ____      Fed. R. App. 4(b)(4) ____
   Fed. R. App. 4 (a)(4)    ____      Fed. R. App. 4(c)    ____
   Fed. R. App. 4 (a)(5)    ____
   Other:  _____

3. Date final judgment or order to be reviewed was filed and **entered** on the district court docket:    February 11, 2016

4. Does the judgment or order to be reviewed dispose of **all** claims by and against **all** parties? *See* Fed. R. Civ. P. 54(b).   YES.

**(If your answer to Question 4 above is no, please answer the following questions in this section.)**

    a. If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done?
        _____

    b. If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. ' 1292(a)?   _____

    c. If none of the above applies, what is the **specific** statutory basis for determining that the judgment or order is appealable?   _____

5. Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

    a. Give the filing date of any motion under Fed. R. Civ. P. 50(b), 52(b), 59, 60, including any motion for reconsideration, and in a criminal appeal any motion for judgment of acquittal, for arrest of judgment or for new trial, filed in the district court:

        NONE.

    b. Has an order been entered by the district court disposing of any such motion, and, if so, when?_____
        _____

6. Cross Appeals.

    a. If this is a cross appeal, what relief do you seek beyond preserving the judgment below? *See United Fire & Cas. Co. v. Boulder Plaza Residential, LLC*, 633 F.3d 951, 958 (10th Cir. 2011)(addressing jurisdictional validity of conditional

cross appeals).
NOT APPLICABLE.

      b.    If you do not seek relief beyond an alternative basis for affirmance, what is the jurisdictional basis for your appeal? *See Breakthrough Mgt. Group, Inc. v. Chukchansi Gold Casino and Resort*, 629 F.3d 1173, 1196-98 and n. 18 (10th Cir. 2010)(discussing protective or conditional cross appeals).

_____

B.    **REVIEW OF AGENCY ORDER**  (To be completed only in connection with petitions for review or applications for enforcement filed directly with the Court of Appeals.)

    1.    Date petition for review was filed: _____

    2.    Date of the order to be reviewed: _____

    3.    Specify the statute or other authority granting the court of appeals jurisdiction to review the order: _____
_____

    4.    Specify the time limit for filing the petition (cite specific statutory section or other authority): _____
_____

C.    **APPEAL OF TAX COURT DECISION**

    1.    Date notice of appeal was filed: _____
(If notice was filed by mail, attach proof of postmark.)

    2.    Time limit for filing notice of appeal: _____

    3.    Date of entry of decision appealed: _____

    4.    Was a timely motion to vacate or revise a decision made under the Tax Court=s Rules of Practice, and if so, when? *See* Fed. R. App. P.

       13(a)  _____

II. **LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT WITH APPROPRIATE CITATION(S).** If none, please so state.

NONE.

III. **GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE PRESENT ACTION AND RESULT BELOW.**

      Ashleigh Olds, a veterinarian, was sued by Plaintiffs for causing the Park County Sheriff's Office to institute a prosecution of Plaintiffs/Appellants for cruelty to animals.
      Plaintiffs were acquitted of the charges and sued the Park County Defendants, Sheriff Wegener, Undersheriff Gore, Sgt. Priestly and Deputy Hardey and Dr. Olds for violation of the Fourth Amendment.
      Dr. Olds was also sued for common law malicious prosecution and unreasonable reporting pursuant to C.R.S§12-64-121
      The District Court granted summary judgment  dismissing all claims against Dr. Olds.
      The claims against the Park County Defendants were settled.

IV. **ISSUES RAISED IN THIS APPEAL.**

      Whether the District Court erred in granting summary judgment in favor of Dr. Olds. This includes the following questions among others:
      Was Dr. Olds acting under color of State law and thus liable under 42 U.S.C. §1983 for violation of  the Fourth Amendment?
      If so, is there an issue of fact with respect to whether her conduct rose to the level of a violation of the Fourth Amendment?
      Is there a fact issue with respect to whether Dr. Olds acted unreasonably and in violation of the standards set by C.R.S. §12-64-121in advocating the prosecution of Plaintiffs?
      Is there a fact issue with respect to whether Dr. Olds conduct constitutes common law malicious prosecution?

V. **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

A. Does this appeal involve review under 18. U.S.C. ' 3742(a) or (b) of the sentence imposed? _____

B. If the answer to A (immediately above) is yes, does the defendant also challenge the judgment of conviction?_____

C. Describe the sentence imposed. _____
_____

D. Was the sentence imposed after a plea of guilty? _____

E. If the answer to D (immediately above) is yes, did the plea agreement include a waiver of appeal and/or collateral challenges?
_____

F. Is defendant on probation or at liberty pending appeal? _____

G. If the defendant is incarcerated, what is the anticipated release date if the judgment of conviction is fully executed?_____

H. Does this appeal involve the November 1, 2014 retroactive amendments to §§ 2D1.1 and 2D1.11 of the U.S. Sentencing Commission's Guideline Manual, which reduced offense levels for certain drug trafficking offenses?
_____

**NOTE**: In the event expedited review is requested and a motion to that effect is filed, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal. Necessary transcripts must be ordered by completing and delivering the transcript order form to the clerk of the district court with a copy filed in the court of appeals.

VI. **ATTORNEY FILING DOCKETING STATEMENT:**

Name**: Brice A. Tondre**    Telephone: 303-296-3300

Firm:   Brice A. Tondre, P.C.

Email Address: briceatondrepc@msn.com

Address:  215 South Wadsworth Blvd. #500
          Lakewood, CO 80226

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

A.    (X)   Appellant

      ☐    Petitioner

      ☐    Cross-Appellant

B.   **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS**

(X) Retained Attorney

◌   Court-Appointed

◌   Employed by a government entity
    (please specify_____)

◌   Employed by the Office of the Federal Public Defender.

/s/ Brice A. Tondre                         March 10, 2016

_____    _____
Signature                                Date

(X) Attorney at Law

**NOTE:**   A copy of the final judgment or order appealed from, any pertinent findings and conclusions, opinions, or orders, any motion filed under Fed. R. Civ. P. 50(b), 52(b), 59, or 60, including any motion for reconsideration, for judgment of acquittal, for arrest of judgment, or for new trial, and the dispositive order(s), any motion for extension of time to file notice of appeal and the dispositive order **must be submitted with the Docketing Statement.**

The Docketing Statement must be filed with the Clerk via the court's Electronic Case Filing System (ECF). Instructions and information regarding ECF may be found on the court's website, www.ca10.uscourts.gov.

This Docketing Statement must be accompanied by proof of service.

The following Certificate of Service may be used.

## CERTIFICATE OF SERVICE

      I, hereby certify that on March 10, 2016, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

John Lebsack
jlebsack@wsteele.cpm

Adam Goldstein
agoldsten@wsteele.com

                                            /s/ Brice A. Tondre
                                            _____
                                            BRICE A. TONDRE