# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

RANDALL HATLEE and

RONALD SWIFT,

Plaintiffs-Appellants,

v.

ASHLEIGH OLDS,

Defendant-Appellee.

Case No. 16-1065

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Randall Hatlee and Ronald Swift, the Apellants-Plaintiffs in the subject case).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

(X)   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

There are no such parties, or any such parties have heretofore been disclosed to the court.

BRICE A. TONDRE

_____          _____
Name of Counsel                                                                          Name of Counsel
/s/ Brice A. Tondre
_____          _____
Signature of Counsel

 Signature of Counsel

215 S. Wadsworth Blvd., #500
Lakewood, CO 80226
303-296-3300
_____          _____
Mailing Address and Telephone Number                       Mailing Address and Telephone Number

briceatondrepc@msn.com
_____          _____
E-Mail Address                                                                          E-Mail Address

**A-5**  Entry of Appearance Form 10/09

CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2016. I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

John Lebsack,
jlebsack@wsteele.com

Adam J. Goldstein
agoldstein@wsteele.com

                                            /s/ Brice A. Tondre
                                          _____

                                            BRICE A. TONDRE

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

RANDALL HATLEE and
RONALD SWIFT,

Appellants/Plaintiffs

v.

Case No.16-1065

ASHLEIGH OLDS,

Appellee/Defendant

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

Park County Colorado

The following Park County officials who were defendants in the underlying litigation:

Sheriff Fred Wegener

Undersheriff Monte Gore

Sgt. Bobbi Priestly

Former Deputy Sheriff Cindy Hardey

The following attorneys represented the above listed Park County officials in the underlying litigation:

Timothy P. Schimberg

Joel James Fulton

Andrew R. McLetchie

**A-5**  Entry of Appearance Form 10/09