# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

Randall J. Hatlee and Ronald L. Swift, appellants,
v.
Ashleigh Olds, appellee.

Case No. 16-1065

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R.46.1, the undersigned attorneys hereby appear as counsel for

Ashleigh Olds, Appellee, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows:

On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

John Lebsack
Name of Counsel

_____
Signature of Counsel

White & Steele PC
600 17th Street, #600N, Denver, CO 80202
303-296-2828
Mailing Address and Telephone Number

jlebsack@wsteele.com
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) March 15, 2016         via (state method of service) CM/ECF         .

to Brice Tondre
(*See* Fed. R. App. P. 25(b))

_____
(Signature)

A-5  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Randall J. Hatlee and Ronald L. Swift,
Appellants,
v.
Ashleigh Olds, appellee.

Case No. 16-1065

**Certificate of Interested Parties**

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

National Fire Insurance of Hartford, which is a subsidiary of CNA Financial Corporation (publicly-traded), which in turn is majority-owned by Loews Corporation (publicly-traded)

A-5 Entry of Appearance Form 10/09