UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| Randall J. Hatlee and Ronald L. Swift, Appellants, v. Ashleigh Olds, Appellee | Case No. 16-1065 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Ashleigh Olds
                                    Party or Parties
Appellee                                                              , in the subject case(s).
           Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒   There are no such parties, or any such parties have heretofore been disclosed to the court.

Adam J. Goldstein
Name of Counsel
/s/ signature
Signature of Counsel

Name of Counsel

Signature of Counsel

White and Steele, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202
(303) 296-2828
Mailing Address and Telephone Number

Mailing Address and Telephone Number

agoldstein@wsteele.com
E-Mail Address

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on (please insert date) March    , 2016                 via (state method of service)   CMECF
to    Brice Tondre
(*See* Fed. R. App. P. 25(b))                              (Signature)

A-5 Entry of Appearance Form 10/09

Appellate Case: 16-1065    Document: 01019592433    Date Filed: 03/24/2016    Page: 2

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

v. | Case No.

**Certificate of Interested Parties**

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)