# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
Case No. 16-1065

<u>Randall Hatlee</u>
<u>Ronald Swift</u>
Petitioners - Appellants,

v.

<u>Ashleigh Olds</u>
Respondent - Appellee.

Case No. 16-1065

**Notice of Non-Participation and Request to not Receive Notifications**

I, Timothy P. Schimberg, hereby give Notice of Non-Participation and Request To Not Receive Notifications in the above referenced matter. In support of this Notice undersigned counsel states as follows:

1. On February 5, 2016, in the United States District Court, Plaintiffs Randall J. Hatlee and Ronald L. Swift filed a "Stipulation of Dismissal of All Claims Against the Park County Defendants," Cindy Hardey, Bobbi Priestly, Monte Gore, and Fred Wegener ("Park County Defendants"). Case No. 1:13-cv-02469-RM-MJW [Doc. No. 141].

2. On February 5, 2016, pursuant [Doc. No. 142] the District Court judge terminated the Park County Defendants from the case.

3. On February 11, 2016 a Final Judgement was entered dismissing the Park County Defendants in their individual and official capacities with prejudice.

4. Park County Defendants are no longer parties nor participants to this action or this appeal and therefore, counsel of record, Timothy P. Schimberg, Andrew R. McLetchie, and Joel J. Fulton does not need to receive further notifications.

WHEREFORE, undersigned counsel respectfully requests that this Court remove him from receiving further ECF notifications in this action.

Respectfully submitted this 28ʰ day of March, 2016.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Timothy P. Schimberg*

Timothy P. Schimberg

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEY FOR DEFENDANTS CINDY HARDEY, BOBBI PRIESTLY, MONTE GORE, AND FRED WEGENER

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of March, 2016, I caused a true and correct copy of the foregoing **Notice of Non-Participation and Request to not Receive Notifications** to be filed via the ECF system, with notice of same being electronically served to the following:

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 S. Wadsworth Blvd., Ste. 500
Lakewood, CO 80226-1566

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Patricia P. Peak*

Patricia P. Peak