CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 11, 2016

Brice A. Tondre, Esq.
Brice A. Tondre, P.C.
215 South Wadsworth Boulevard
Lakewood, CO  80226

John Lebsack, Esq.
White and Steele, P.C.
600 17th Street, Suite 600N
Denver, CO  80202

RE:  No. 16-1065 – Randall J. Hatlee, et al. v. Ashleigh Olds

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellants' brief and the appendix is extended to **April 26, 2016**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:dm