# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Chris Wolpert |
|---|---|---|
| Clerk of Court | April 27, 2016 | Chief Deputy Clerk |

Mr. Brice A. Tondre
Brice A. Tondre, P.C.
215 South Wadsworth Boulevard
Suite 500
Lakewood, CO 80226

**RE:**    16-1065, Hatlee, et al v. Olds, et al
Dist/Ag docket: 1:13-CV-02469-RM-MJW

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D). Specifically:

- The electronically filed appendix is not searchable. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).
- The electronically filed appendix does not contain bookmarks. See 10th Cir. R. 25.3 and 10th Cir. R. 30.1(D).
- The hard copy version of the appendix is not an exact replica of the electronically filed appendix (the number of paper copy volumes must be identical to the number of electronic volumes filed; if you split a single volume into multiple parts when you file electronically, each part is considered a separate volume for purposes of the requirement that the number of hardcopy volumes match the number of electronic volumes). See 10th Cir. R. 30.1.

You must file a proper electronic appendix within 10 days of the date of this notice. The hard copy of the appendix is acceptable for filing and will be filed upon submission of the corrected electronic appendix.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the corrected appendix.

Please contact this office if you have questions.

                        Sincerely,

                        Elisabeth A. Shumaker
                        Clerk of the Court

cc:     Adam J. Goldstein
        John Lebsack

EAS/kf