UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

Case No. 16-1065

RANDALL J. HATLEE and RONALD L. SWIFT,

    Plaintiffs-Appellants,

vs.

ASHLEIGH OLDS,

    Defendant-Appellee.

## MOTION FOR ORDER PERMITTING FILING OF NON-COMPLIANT ELECTRONICALLY FILED APPENDIX

    Now come the Plaintiffs-Appellants by and through their attorney a moves the Court for an order accepting their electronically filed appendix which is deemed non-compliant by the Clerk. In support thereof the Appellants state:

    CERTIFICATE OF CONFERENCE: Counsel for the Appellants has conferred with counsel for Appellee regarding the relief sought by this motion. Counsel for Appellee stated that Appellee has no objection the relief requested by this motion.

    1. The electronic appendix filed on behalf of Appellants has been deemed

non-compliant by the Clerk because it is not searchable, does not contain bookmarks and was made up of four volumes while the paper copy is two volumes. The Clerk directed that the deficiencies be corrected by May 9, 2016.

2. Upon inquiring, I was informed that scanned documents are not searchable and do not contain bookmarks. Hence the deficiency cannot be corrected.

3. Rule R of the CM/ECF User's Manual, after stating the requirements with respect to which Appellants' Appendix is non-compliant, states as follows:

> …However, this method of compiling pleadings for inclusion in an appendix is not required; should counsel have a method that is more efficient for their situation (for example, compiling a paper appendix, then scanning it to PDF), they are encouraged to do so.

4. We elected to compile a paper appendix and scan it. The paper appendix is in two volumes. The paper appendix was compiled and filed before the electronic appendix was prepared by scanning. The paper appendix is a copy of the same compilation of documents which were scanned to create the electronic appendix. Hence, they are identical. The scanner was not capable of placing the documents in two volumes so it broke each paper volume down into two volumes. By the time we learned that the volumes had to be broken in two it was 7:00 p.m. on the due date.

5. In any event, the electronic appendix is identical in content to the paper appendix.

Wherefore, the Appellants pray that their electronic appendix be accepted as filed.

    Respectfully submitted'

    /s/ Brice A. Tondre

    Brice A. Tondre

    215 S. Wadsworth Blvd. #500

    Lakewood, CO 80226

    303-296-3300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of May 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John Lebsack

jlebsack@wsteele.com

    /s/ Brice A. Tondre

3

CERTIFICATE OF DIGITAL SUBMISSION

     I hereby certify with respect to the foregoing document that all required privacy redactions have been made and that it has been scanned for viruses by McAfee'e most recent virus scanning program up dated May 5, 2016.


                                              <u>/s/ Brice A. Tondre</u>