FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**May 6, 2016**

Elisabeth A. Shumaker
Clerk of Court

_____

RANDALL J. HATLEE, et al.,

    Plaintiffs - Appellants,

v.

ASHLEIGH OLDS,

    Defendant - Appellee,

and

CINDY HARDEY, et al.,

    Defendants.

No. 16-1065

_____

**ORDER**
_____

    This matter is before the court on Appellants' *Motion for Order Permitting Filing of Non-Compliant Electronically Filed Appendix*. Appellants' appendix was cited as deficient because it was not searchable, did not contain bookmarks, and the number of paper volumes did not match the number of electronic volumes. Appellants state that they elected to compile a paper appendix and then scan it to PDF as permitted by the court's CM/ECF User's Manual, Section II (R). They further state that scanned documents are not searchable and do not contain bookmarks.

    The court acknowledges that compiling a paper appendix and scanning it to PDF may be more efficient for some parties. Adobe tools are available to add bookmarks and

make scanned documents searchable.  Thus, whether a party uses the Create an Appendix feature available via the district court's ECF system or compiles a paper appendix and scans it to PDF, the electronic appendix must be bookmarked and searchable.  10th Cir. R. 30.1(D); CM/ECF User's Manual, Section II(R) and Section III(7).  Moreover, the paper copies must be an exact replica of the electronic filing, including the number of volumes.  *Id.*  In this regard, the court notes that Appellants split their two-volume paper appendix into four parts for purposes of the electronic filing.  All four parts of both the electronic and paper versions should have their own cover page and table of contents.

The motion for leave to file a noncompliant electronic appendix is denied.  **Within 10 days** from the date of this order, Appellants shall file a complaint electronic appendix and provide the court with paper volumes that match the electronic volumes in both content and number.

The deadline for Appellee to file a response brief will be set based on the date of service of the corrected appendix.

       Entered for the Court
       ELISABETH A. SHUMAKER, Clerk

       by: Jane K. Castro
           Counsel to the Clerk