# ATTACHMENT B

# TO APPELLEE'S ANSWER BRIEF

*Randall J. Hatlee and Ronald L. Swift v. Ashleigh Olds*
Case No. 16-1065

United States Court of Appeals

