**ATTACHMENT D**

**TO APPELLEE'S ANSWER BRIEF**

***Randall J. Hatlee and Ronald L. Swift v. Ashleigh Olds***
Case No. 16-1065

United States Court of Appeals

Appellate Case: 16-1055 Document: 01019641245 Date Filed: 06/20/2016 Page: 2







Olds Disclosure Documents Page 499

379

Appellate Case: 16-1065   Document: 01019641245   Date Filed: 06/20/2016   Page: 6





PARK CTY. DEFS._001853