

**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

## Oral Argument Calendar Notice / Acknowledgment Form

| | |
|---|---|
| Name: | Brice A. Tondre |
| Address: | 215 S. Wadsworth Blvd., #500 |
| City, State, Zip Code: | Lakewood, CO 80226 |
| Telephone: | 303-296-3300 |
| Email Address: | briceatondrepc@msn.com |

| Re: | Case No(s): | 16-1065 |
|---|---|---|
| | Caption: | Hatlee et al v. Olds |
| | Argument Date: | Nov 16, 2016 |
| | Argument Time: | 9:00 am    (Arguing attorneys must report 45 minutes prior thereto) |
| | Courtroom/Place: | Courtroom I - Denver, CO |

I acknowledge receipt of the court's calendar notice assigning the subject case(s) for:

Oral argument to be held in person before the court.

[✓] I am appearing on behalf of:         [ ] Other counsel will appear on behalf of:  (Select only one)

Randall J. Hatlee and Ronald L. Swift_____(name of party) the  Appellant.

[ ] I am substitute counsel who will appear in place of attorney who previously filed an acknowledgment form.

| | |
|---|---|
| Signed (Recipient) | /s/ Brice A. Tondew |
| Date | Sep 21, 2016 |

**PLEASE NOTE:**
If you have not previously registered as an ECF filer and have not filed an entry of appearance form in the referenced appeal, you must do both before filing this acknowledgement form.

This form must be completed and electronically returned through ECF by the arguing attorney in the appeal set within ten days.  If a case is on the oral argument calendar but submitted on the briefs, this form still needs to be completed, with the notation the matter will be submitted on the briefs.  Counsel for amicus/amici curiae do not present oral argument without written permission by the court.

When filing the calendar acknowledgement form in ECF, please read instructions.  Do not deselect attorneys who have already filed their form unless it is a one for one substitution representing the same party.

Counsel for the defendant in a criminal appeal or the petitioner in a habeas corpus, civil rights or immigration matter must also complete and separately file a custody status questionnaire.

Questions may be directed to the 10th Circuit Calendar Team at 303.335.2708 or by email at 10th_Circuit_Calteam@ca10.uscourts.gov.

Rev. 08/2015