FILED
United States Court of Appeals
Tenth Circuit

October 27, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

RANDALL J. HATLEE, et al.,

    Plaintiffs - Appellants,

v.

ASHLEIGH OLDS,

    Defendant - Appellee,

and

CINDY HARDEY, et al.,

    Defendants.

No. 16-1065

_____

**ORDER**
_____

    Upon the court's own motion, this matter will be submitted on the briefs. After examination of the briefs and record in the captioned appeal, the three judges to whom this case is assigned are unanimously of the opinion that oral argument is not needed. The court orders this matter submitted for disposition on the briefs pursuant to Fed. R. App. P. 34(a)(2) and 10th Cir. R. 34.1(G). All counsel scheduled to appear are excused from attendance at oral argument on November 16, 2016 in Denver, Colorado.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk