**FILED**
United States Court of Appeals
Tenth Circuit

**November 16, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| RANDALL J. HATLEE; RONALD L. SWIFT, | |
| Plaintiffs - Appellants, | |
| v. | No. 16-1065 |
| ASHLEIGH OLDS, | |
| Defendant - Appellee, | |
| and | |
| CINDY HARDEY; BOBBI PRIESTLY; MONTE GORE; FRED WEGENER, | |
| Defendants. | |

_____

**ORDER**

_____

Before **MATHESON**, **BACHARACH**, and **MORITZ**, Circuit Judges.

_____

This matter was submitted to the court on the briefs.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER
Clerk of the Court